■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS CRUZ, Also Known as HENRY COREY, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 2, 1980, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Carro, Fein, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADOLPHO PEREZ, Also Known as ADOLFO PEREZ, Appellant. — Judgment, Supreme Court, Bronx County (Murray Koenig, J.), rendered on March 5, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Bloom, Lynch and Alexander, JJ.